UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YERY CONISER JUAREZ LOPEZ,

          Petitioner,

v.                               Case No. 3:26-cv-319-MMH-LLL

SHERIFF SCOTTY RHODEN, et al.,

          Respondents.

_____

## ORDER

      Petitioner Yery Coniser Juarez Lopez initiated this case by filing, through counsel, a Petition for Writ of Habeas Corpus (Doc. 1; Petition). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The Petition fails to include a verification.

      Accordingly, it is **ORDERED** that by **March 23, 2026**, Petitioner shall supplement his Petition with a proper verification.

      **DONE AND ORDERED** at Jacksonville, Florida, this 19th day of February, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 2/19
c:      Counsel of Record

2